UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HENRY L. BOONE,                                                   :
:
Plaintiff,                              :
:       25-CV-2440 (JMF)
-v-                                        :
:           ORDER
JOSEPH CANALE (960317), et al.,                                   :
:
Defendants.                             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The Clerk of Court is directed to mail an information package to Plaintiff.

    The Clerk of Court is also directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that the following defendants waive service of summonses: (1) Police Officer Joseph Canale (Tax I.D. #960317); (2) Police Officer Andres Uribe (Tax I.D. #964325); (3) Police Officer Christian Cayenne (Tax I.D. #954620); (4) Police Officer Forrester Johnson (Tax I.D. #964078); (5) Police Officer Michael Espenberg (Tax I.D. #948938); (6) Police Lieutenant Brian Query (Tax I.D. #937315); (7) Police Officer Jehad Mahud (Tax I.D. #969928); (8) Police Officer Fatmir Gjonbala (Tax I.D. #952785); (9) Police Officer Estafani Cerda (Tax I.D. #939988); (10) Police Officer Nestor Lozano (Tax I.D. #958843); (11) Police Officer Michael Vasquez (Tax I.D. #968865); (12) Police Officer Carrasquilla (Tax I.D. #963904); (13) Police Officer Julio Rosa (Tax I.D. #931088); (14) Police Officer M.D. Howlader (Tax I.D. #970603); and (15) "Unknown [Police] Officer, Badge #14825."

    SO ORDERED.

Dated: May 6, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge