UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

HENRY L. BOONE,

Plaintiff,

-v-

JOSEPH CANALE (960317), et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-2440 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The parties are reminded that, per the Court's earlier Order, a telephonic initial pretrial conference in this case is scheduled for **October 28, 2026**, at **11:00 a.m.** The parties must confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference. By the **Thursday of the week prior to the upcoming conference**, the parties must each submit a letter, the contents of which are described in the Court's September 17, 2026 Order, ECF No. 49.

The Court's September 17, 2026 Order directed Defendants to take a series of steps in light of Plaintiff's then-incarcerated status at Metropolitan Detention Center – Brooklyn ("MDC Brooklyn") Correctional Facility. On September 25, 2026, however, a notice of change of address was entered on the docket, suggesting that Plaintiff is no longer detained at MDC Brooklyn. *See* ECF No. 50. In light of Plaintiff's change in status, Defendants are no longer required to contact MDC Brooklyn or to telephone the Court with Plaintiff on the line at the time and date of the conference. Instead, the parties should independently join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019

3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Additionally, counsel for any represented party should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires counsel, **no later than 24 hours before the conference**, to send an email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of anyone who is expected to speak during the teleconference and the telephone numbers from which they expect to join the call.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge