UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HENRY L. BOONE,

Plaintiff,

-v-

JOSEPH CANALE (960317), et al.,

Defendants.

---

25-CV-2440 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 17, 2026 Order, *see* ECF No. 49, the parties were required to appear for a telephonic initial pretrial conference in this case on October 28, 2026, at 11:00 a.m. Plaintiff failed to appear. The initial conference is hereby RESCHEDULED to **November 12, 2026, at 11:00 a.m.** Plaintiff is cautioned that failure to appear at that conference may result in the case being dismissed for failure to prosecute and/or as abandoned.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff. Defense counsel shall email a copy to Plaintiff and, no later than **October 30, 2026**, file proof of such service.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JESSE M. FURMAN
United States District Judge